1  Todd M. Friedman (SBN 216752)
2  Adrian R. Bacon (SBN 280332)
   Meghan E. George (SBN 274525)
3  Thomas E. Wheeler (SBN 308789)
4  LAW OFFICES OF TODD M. FRIEDMAN, P.C.
   21031 Ventura Blvd, Suite 340
5  Woodland Hills, CA 91364
6  Phone: 323-306-4234
   Fax: 866-633-0228
7  tfriedman@toddflaw.com
8  abacon@toddflaw.com
9  mgeorge@toddflaw.com
   twheeler@toddflaw.com
10 *Attorneys for Plaintiff*



Dated: September 13, 2021

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK GON ZALEZ**, individually and on behalf of all others similarly situated, | ) Case No. 3:21-cv-04173-MMC ) ) **NOTICE OF SETTLEMENT** |
| Plaintiff, | ) ) |
| vs. | ) ) |
| **IRIE CARE LLC and DOES 1 through 10, inclusive, and each of them** | ) ) ) ) |
| Defendant. | ) |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of

Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

        Respectfully submitted this 13th day of September, 2021.

                By: s/Todd M. Friedman
                     TODD M. FRIEDMAN
                     Law Offices of Todd M. Friedman, P.C.
                     Attorney for Plaintiff